The order below is hereby signed.

Signed: May 20 2013



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: EUGENE F. RUSSELL-ROACH     :
                                   :
                                   :   Case No. 13-00151
                                   :
               Debtor(s).          :   Chapter 7

**ORDER IMPOSING, WITH THE
DEBTOR'S CONSENT, UNILATERAL OBLIGATIONS
ON THE DEBTOR FOR THE PROTECTION OF THE SECURED CREDITOR**

The debtor has filed a Motion to Consent to Unilateral Obligations for the Protection of Secured Creditor, Capitol One, N.A. - Best Buy Co., Inc.("the creditor"), which calls for payments of $59.73 at 0% interest, with an agreed balance due of $2,150.00, it is

ORDERED that the automatic stay of 11 U.S.C. sec. 362(a) and the forthcoming discharge injunction of 11 U.S.C. sec. 524(a)(2) which will arise upon the debtor's receiving a discharge are clarified or modified as follows:

(1) the debtor shall be obligated to pay for any loss arising from any interference with (or other failure to comply with the debtor's obligations relating to facilitating) the creditor's right to

acquire the Household Goods, and the creditor's pursuit of a claim in that regard will not constitute a violation of the automatic stay or the discharge injunction;

(2) so long as it has not been acquired and sold the Household Goods , the creditor (and its successors and assigns, and any entity on whose behalf it has acted) may send notices or make statements to the debtor:

(i) regarding payments that are due or are to come due, which may include demands for payment,

(ii) embodying threats of acquiring (or threats of sale after acquiring the Household Goods) if a default has arisen or should arise under the parties' contract, and such notices or statements shall not be construed as an act to collect the debt as a personal liability of the debtor, but this shall not subject the debtor to any personal liability for the debt, and

(3) the creditor (and its successors and assigns, and any entity on whose behalf it has acted) may accept payments received pursuant to such notices.  It is further

ORDERED that the debtor is advised that by reason of the receipt of a discharge, he will not be personally obligated to make monthly payments that come due as owed to the creditor, but that he may elect voluntarily to make such payments if he wishes to avoid a monetary default pursuant to which the creditor might opt to enforce its lien against her Household Goods .  It is further

ORDERED that actions taken by the secured creditor pursuant to the foregoing provisions will not violate the debtor's discharge or the automatic stay.

[Signed and dated above.]

Copies to Debtor; debtor's attorney; chapter 7 trustee; and

Capitol One, N.A. - Best Buy Co., Inc.
c/o Bass & Associates, P.C.
3936 E. Ft. Lewell, Ste. 200
Tucson, AZ 85712

Capitol One, N.A. - Best Buy Co., Inc.
PO Box 30253
Salt Lake City UT 84130

I consent to this order:


/s/ Eugene Russell-Roach
Eugene F. Russell-Roach

**End of Order**